# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: ABC v. DEF    Docket No.: 15-374 (2d Cir.)

Lead Counsel of Record (name/firm) or Pro se Party (name): Gregory P. Joseph, Joseph Hage Aaronson LLC

Appearance for (party/designation): Defendants/Appellants DEF

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
( ) Correct
(✔) Incorrect. The following parties do not wish to participate in this appeal:
   Parties: It is our understanding that ABC, plaintiff below, does not wish to participate in this appeal.
( ) Incorrect. Please change the following parties' designations:
   Party          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✔) Incorrect or Incomplete, and should be amended as follows:

Name:
Firm: Firm name for DEF's counsel should be: Joseph Hage Aaronson LLC
Address:
Telephone:                Fax:
Email:

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on August 19, 2010    OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Gregory P. Joseph
Type or Print Name: Gregory P. Joseph
   OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.