# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE** <br> ABC v. DEF | **DISTRICT** <br> S.D.N.Y. | **DOCKET NUMBER** <br> 15-374 (2d Cir.), 14-6867 (S.D.N.Y.) |
| | **JUDGE** <br> Valerie E. Caproni | **APPELLANT** <br> DEF |
| | **COURT REPORTER** <br> n/a | **COUNSEL FOR APPELLANT** <br> Gregory P. Joseph, Joseph Hage Aaronson LLC |

**Check the applicable provision:**

☐ I am ordering a transcript.

☑ I am not ordering a transcript

**Reason for not ordering a transcript:**

☐ Copy is already available

☐ No transcribed proceedings

☑ Other (Specify in the space below):

Transcript not required for appeal.

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

n/a

**METHOD OF PAYMENT**  ☐ Funds  ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE <br> /s/ Gregory P. Joseph | DATE <br> 2/19/2015 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTED** | | **DATE** |