# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of February, two thousand and fifteen.

Before:      Gerard E. Lynch,
                    *Circuit Judge.*

_____

ABC,

      Plaintiff-Appellee,            **ORDER**
                                               Docket No. 15-374

v.

DEF,

      Defendants-Appellants.

_____

      Appellants seek leave to file the Civil Appeal Pre-Argument Statement (Form C) under seal.

      IT IS HEREBY ORDERED that the motion is GRANTED.

                                                    FOR THE COURT:

                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court

