# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

———————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand fifteen.

Before:       Susan L. Carney,
                   *Circuit Judge.*

_____

ABC,

      *Plaintiff-Appellee,*

        v.

DEF,

      *Defendant-Appellant.*

_____

**ORDER**
Docket No.   15-374

Appellants move for leave to file the principal brief and the joint appendix under seal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

