**SHER TREMONTE LLP**

June 9, 2015

**BY ECF**

Ms. Deborah Holmes
Case Manager
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        **Re:**   *ABC v. DEF*
                (File No. 15-374)

Dear Ms. Holmes:

    I represent the Plaintiff in this matter. Pursuant to our discussion by telephone, I write to confirm that the Plaintiff does not intend to file a brief in this appeal.

                Respectfully submitted,

                /s/ Justin M. Sher

                Justin M. Sher

cc:    Gregory Joseph, Esq., counsel for Defendants-Appellants (by ECF)

80 Broad Street, Suite 1301 | New York, New York 10004
www.shertremonte.com | Tel: 212-202-2600 | Fax: 212-202-4156